

FILED
CLERK, U.S. DISTRICT COURT
MAY - 2 2017
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CARLOS GREY LOPEZ,<br><br>Defendant. | Case No. MJ 17-977<br><br>ORDER OF DETENTION |

I.

On May 2, 2017, Defendant made his initial appearance on the Complaint filed in this matter and submitted to the recommendation of detention in the report issued by the Pretrial Services Officer. ☐ On motion of the Government [18 U.S.C. § 3142(f)(1)] in a case allegedly involving a narcotics or controlled substance offense with maximum sentence of ten or more years.

☒ On motion by the Government or on the Court's own motion [18 U.S.C. § 3142(f)(2)] in a case allegedly involving a serious risk that the defendant will flee.

The Court concludes that the Government is not entitled to a rebuttable presumption that no condition or combination of conditions will reasonably assure the defendant's appearance as required and the safety or any person or the community [18 U.S.C. § 3142(e)(2)].

II.

The Court finds that no condition or combination of conditions will reasonably assure: ☒ the appearance of the defendant as required.

☒ the safety of any person or the community.

III.

The Court has considered: (a) the nature and circumstances of the offense(s) charged, including whether the offense is a crime of violence, a Federal crime of terrorism, or involves a minor victim or a controlled substance, firearm, explosive, or destructive device; (b) the weight of evidence against the defendant; (c) the history and characteristics of the defendant; and (d) the nature and seriousness of the danger to any person or the community. [18 U.S.C. § 3142(g)] The Court also considered the report and recommendation of the U.S. Pretrial Services Agency.

IV.

The Court bases its conclusions on the following:

As to risk of non-appearance:

☒ Insufficient information regarding bail resources

☒ Lack of ties to the Central District of California

☒ Unverified background information

☒ Previous Deportations - Defendant has been deported on six different occasions from 2002 to 2011 and thus has not demonstrated a willingness to abide by Court orders

☒ Illegal Alien

As to danger to the community:

☒ Defendant's criminal history includes convictions for counterfeiting and robbery, including a 2016 robbery conviction for which defendant is currently on probation. The Court finds that release on bail would pose a danger to others and to the community.

## V.

IT IS THEREFORE ORDERED that the defendant be detained until trial. The defendant will be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant will be afforded reasonable opportunity for private consultation with counsel. On order of a Court of the United States or on request of any attorney for the Government, the person in charge of the corrections facility in which defendant is confined will deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding. [18 U.S.C. § 3142(i)]

Dated: May 2, 2017      /s/
ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE